## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

REBECA RODRIGUEZ,

          Plaintiff,

-vs-                          **Case No. 6:06-cv-1678-Orl-28DAB**

FLORIDA FIRST FINANCIAL GROUP,
INC., DOES 1 THROUGH 4,

          Defendants.

_____

## ORDER

This case is before the Court on review of the docket showing that Defendant has abandoned its defense of this action. The United States Magistrate Judge has submitted a report recommending that the Answer (Doc. 6) of Defendant Florida First Financial Group, Inc. be stricken and a default entered against the Defendant Florida First Financial Group, Inc.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objection to the Report and Recommendation (Doc. No. 40), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 28, 2008 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Answer (Doc. No. 6) of Defendant Florida Financial Group, Inc. is hereby **STRICKEN**.

3.      The affirmative defenses (Doc. No. 7) of Defendant Florida Financial Group, Inc. are also hereby **STRICKEN**.

4.      The Clerk is directed to enter a default against Defendant Florida Financial Group, Inc.

5.      Plaintiff is directed to promptly proceed with a motion for final default judgment which shall also address the status of the action against Defendants Does 1 through 4.

6.      Plaintiff's Motion for Partial Summary Judgment (Doc. 37) is **DENIED as moot.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7___ day of October, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-