| Filters Used: | | | | |
|---|---|---|---|---|
| MatRef = REBECA RODRIGUEZ VS. | | **Billing Report** | | Date Printed: **11/23/2008** |
| MatNo = 6:06-CV-1678-ORL-28-DAB | | Custom List Format | | Time Printed: **8:33PM** |
| | | | | Printed By: **DON** |

| Date | | Time | Duration | Co | Do | Description |
|---|---|---|---|---|---|---|
| 3/11/2006 | Sat | 10:02AM | 1.13 | | N | Conf. w/ Clt.; Rev. Docs |
| 3/11/2006 | Sat | 11:10AM | 0.33 | | N | Rev. Consumer Disclosures; summarize |
| 3/11/2006 | Sat | 11:30AM | 2.88 | | N | client intake interview (extensive); sign up client; |
| 3/11/2006 | Sat | 5:22PM | 0.82 | | N | Factual Investigation re: Fla First Fin Group (PACER) |
| 6/14/2006 | Wed | 6:00PM | 1.42 | | N | Interview w/ CLT re ▓▓▓▓ Interview Witness Jaylene (Daughter) |
| 7/06/2006 | Thu | 4:00PM | 0.07 | | N | T/C w/ Clt. re ▓▓▓▓ |
| 8/23/2006 | Wed | 7:28PM | 1.70 | | N | Rev. Notes & Docs.; Draft Complaint |
| 8/24/2006 | Thu | 9:38AM | 0.08 | | N | Draft Letter to Client Re : Status ▓▓▓ |
| 8/24/2006 | Thu | 4:01PM | ~~0.48~~ | | N | |
| 8/24/2006 | Thu | 4:44PM | 1.43 | | N | Rev. Notes; Draft Complaint; Rev. Corrspd.; Cite Violations FDCPA & FCCPA |
| 8/26/2006 | Sat | 2:05PM | 0.33 | | N | Substantive Edit; Rev. Arb. Agreements; Edit Compltn Accordingly; |
| 8/26/2006 | Sat | 2:25PM | 0.83 | | N | Rev. Notes Edit Allegations in Complaint; Extensive Edit; Uniformity of Style (Does), etc. |
| 8/26/2006 | Sat | 3:16PM | 0.13 | | N | T/C w/ Client Re : ▓▓▓ |
| 8/26/2006 | Sat | 3:25PM | 0.17 | | N | Draft Ltr to Clt; ▓▓▓ |
| 8/26/2006 | Sat | 5:50PM | 0.07 | | N | Edit Complaint (Add F.S. 559.72(15) (refusal to ID D/C) |
| 8/26/2006 | Sat | 7:26PM | 0.07 | | N | Edit Complaint. |
| 8/27/2006 | Sun | 1:32PM | 0.52 | | N | Draft Complaint (Add Definitional Allegations & Std Allegations) |
| 9/11/2006 | Mon | 9:56AM | 0.13 | | N | T/C w/ Clt. Re : ▓▓▓ Notes to File; Time |
| 9/22/2006 | Fri | 12:42PM | 0.18 | | N | Rev. & Edit Complaint |
| 9/22/2006 | Fri | 12:53PM | 0.12 | | N | Factual Invetigation Re : Fla. First Financial; Rapid Cash; Rapid Rebates (no cons. suits) |
| 9/22/2006 | Fri | 1:00PM | 0.70 | | N | Edit Complaint; Rev. Docs |
| 9/22/2006 | Fri | 2:08PM | 0.18 | | N | Edit Complaint (Conform P No's) |
| 10/25/2006 | Wed | 2:50PM | 0.20 | | N | Res. Clerk's Address (Bar Guide; Website; T/C w/ JA); Enter in Case Info. Instr. to KA |
| 10/26/2006 | Thu | 1:53PM | 0.17 | | N | Rev. & Edit Complaint |
| 10/26/2006 | Thu | 4:29PM | ~~0.55~~ | | N | Draft Civil Cover Sheet; Summons |
| 10/27/2006 | Fri | 10:25AM | ~~0.20~~ | | N | File Case @ USDCt.; Filing Fees $ 350.00 CH # 3910 |
| 11/01/2006 | Wed | 9:25AM | ~~0.10~~ | | N | Download OFreeLook; Related Case Order; Calendar & Cross Calendar |
| 11/01/2006 | Wed | 9:33AM | 0.07 | | N | Rev. Local Rule 1.04 re : Similar or Successive Cases |
| 11/01/2006 | Wed | 9:48AM | ~~0.17~~ | | N | Download, Calendar, Cross-Calendar Interested Persons Order |
| 11/06/2006 | Mon | 9:53AM | ~~0.05~~ | | N | Draft Ltr. to Bolter & Carr Re: S.O.P. |
| 11/06/2006 | Mon | 10:01AM | ~~0.07~~ | | N | Scan Summons For Service of Process |
| 11/06/2006 | Mon | 10:07AM | ~~0.05~~ | | N | CH # 3932 ($ 27.00) Bolter & Carr for Service of Process |
| 11/08/2006 | Wed | 5:38PM | ~~0.25~~ .10 | | N | Draft Notice of Pending Action; ~~Scan; ECF; Log in COS Log~~ |
| 11/08/2006 | Wed | 5:54PM | ~~0.15~~ .10 | | N | Draft Certificate of Interested Persons; ~~Scan; ECF; Log in COS Log~~ |
| 11/28/2006 | Tue | 3:17PM | 0.03 | | N | T/C w/ Clt re : ▓▓▓ |
| 1/31/2007 | Wed | 9:33AM | 0.22 | | N | T/C w/ Clt. re ▓▓▓ |
| 2/04/2007 | Sun | 7:46PM | ~~0.08~~ | | N | Execute Notices; ~~Scan Notice & Summons; ECF; COS Log~~ |
| 2/04/2007 | Sun | 8:04PM | ~~0.03~~ | | N | ~~Copies Clt & O.C. Notice & Summons 4pgs X 2 @ $.20 = $ 1.60~~ |
| 2/04/2007 | Sun | 8:41PM | 0.05 | | N | Draft Notice of Service of Initial Orders, etc. |
| 2/04/2007 | Sun | 8:45PM | ~~0.17~~ | | N | Rev. Docs.; Edit C.O.S.; ~~Copies 17 X 2 (O.C. & CLT) @ $.20 = $ 6.80~~ |
| 2/04/2007 | Sun | 8:56PM | ~~0.10~~ | | N | Rev. Docs.; Edit C.O.S.; ~~Copies 17 X 2 (O.C. & CLT) @ $.20 = $ 6.80~~ |
| 2/04/2007 | Sun | 9:41PM | ~~0.02~~ | | N | ▓▓▓ |
| 2/06/2007 | Tue | 4:26PM | 0.08 .10 | | N | Rev. Court File; EMail to P.B.; Eval. Strategy; Time |
| 2/06/2007 | Tue | 5:52PM | ~~0.05~~ .10 | | N | Edit C.O.S. (Initial Orders); Draft Fax Cover Ltr.; ▓▓▓ |
| 2/06/2007 | Tue | 6:44PM | ~~0.10~~ | | N | Initial Orders, etc. ~~(44 pgs @ $.20 = $ 2.80 + $ 1.11 = $ 3.91; Address; Package~~ |
| 2/06/2007 | Tue | 7:02PM | ~~0.02~~ | | N | Download OFL : Docket No. 9 : Certificate of Service : FFFG : Initial Package |
| 2/08/2007 | Thu | 6:54PM | 0.12 | | N | Download OFL : Docket No. 10 FFFG's Certificate Int. Persons/Corp. Disclosure; Rev. Same |
| 2/12/2007 | Mon | 2:29PM | ~~0.04~~ | | N | Check One Free Look |
| 2/13/2007 | Tue | 11:58AM | 0.10 | | N | Locate, Download & Save CMR Form Judge Antoon (Briefly Rev. "In Person" Req'd) |

14.67

| | | | |
|---|---|---|---|
| Filters Used: | | **Billing Report** | Date Printed: **11/23/2008** |
| MatRef | = REBECA RODRIGUEZ VS. | | Time Printed: **8:33PM** |
| MatNo | = 6:06-CV-1678-ORL-28-DAB | Custom List Format | Printed By: **DON** |

| Date | | Time | Duration | Co | Do | Description |
|---|---|---|---|---|---|---|
| 2/13/2007 | Tue | 2:13PM | 0.27 | | N | 1/2 of T/C w/ VOLLRATH Re :Case Mgmt Structure; Deadlines; Magistrate Tr; Etc. Time |
| 2/21/2007 | Wed | 12:36PM | 1.40 | | N | Case Management Conference @ Fred Vollrath's; (1/2 Time Since 11:11 AM) |
| 3/02/2007 | Fri | 9:14AM | 0.10 | | N | Notice of Filing; Edit Certificate of Service |
| 3/02/2007 | Fri | 9:21AM | | | N | Scan Case Management Report; Scan Notice of Filing; Time |
| 3/02/2007 | Fri | 9:25AM | | | N | ECF Case Management Rept.; Log in COS Log; T. |
| 3/02/2007 | Fri | 9:38AM | | | N | Copies Notice Filing (2X2) CMR (Clt 12pgs) = 14 pgs@$.20 = $ 2.80; Postage $1.11X2 = |
| 3/02/2007 | Fri | 9:49AM | | | N | E-Mail From USDCt.; Download OFreeLook |
| 3/07/2007 | Wed | 11:58AM | 0.07 | | N | Recv'd ECF Notice; Download OFLook; (Notice of Unavailability) |
| 3/08/2007 | Thu | 3:44PM | 0.15 | | N | T/C w/ Rebecca Rodriguez |
| 3/18/2007 | Sun | 5:48PM | 0.63 | | N | Review Complaint; Rough Draft Initial Disclosures |
| 3/18/2007 | Sun | 6:36PM | 0.05 | | N | Message to CLT. |
| 3/18/2007 | Sun | 6:39PM | 0.53 | | N | Draft Initial Disclosures; Rev. & List Docs; |
| 3/18/2007 | Sun | 7:14PM | 0.68 | | N | Draft Response to Interrogatories |
| 3/19/2007 | Mon | 11:56AM | 0.57 | | N | T/C Interview Clt Re : |
| 3/19/2007 | Mon | 12:57PM | | | N | Input Clt Contact Info in TM & WP Files; |
| 3/19/2007 | Mon | 1:11PM | 0.32 | | N | Edit Initial Disclosures per CLT updates and additional information; edit descriptions |
| 3/19/2007 | Mon | 1:38PM | 0.15 | | N | Rev. Atty Notes re : conversations & effect on client |
| 3/19/2007 | Mon | 1:47PM | 0.20 | | N | T/C w/ Clt. Re : Additional Info. For Initial Disclosures & Rogs |
| 3/19/2007 | Mon | 5:01PM | 0.32 | | N | Review & Redact Credit Reports; Scan Redacted; |
| 3/19/2007 | Mon | 5:21PM | | | N | Print Docs for initial disclosures |
| 3/19/2007 | Mon | 5:28PM | 0.13 | | N | Rev. & Organize Copies; Staple "docs" within the set for identification purposes |
| 3/19/2007 | Mon | 5:37PM | 0.13 | | N | Edit Initial Disclosures (Document List) |
| 3/19/2007 | Mon | 5:45PM | 0.07 | | N | Draft Fax Cover Letter to O.C. |
| 3/19/2007 | Mon | 5:50PM | 0.35 | | N | draft expanded initial disclosure re: P's knowledge (Rev. Complaint) |
| 3/19/2007 | Mon | 6:12PM | | | N | Fax & Scan Initial Disclosures to O.C. |
| 3/19/2007 | Mon | 7:20PM | | | N | Record Time & Expenses in T.M.; Postage $ 1.59 Copies 16X2 (OC&DEP Ct. File) @$.20 |
| 3/21/2007 | Wed | 11:00AM | 0.08 | | N | Messg. to CLT Re |
| 3/21/2007 | Wed | 7:21PM | 0.33 | | N | Draft Fax (OC's Fax NotWkg); Draft & Edit Ltr. Re : Discovery Ext & Def's Intial Discl;Rev FF |
| 4/02/2007 | Mon | 2:07PM | | | N | Download Today's ECF |
| 4/02/2007 | Mon | 2:17PM | 0.53 | | N | Rev. ADR Agreement; Prel. Issue Spotting |
| 4/02/2007 | Mon | 5:03PM | 0.13 | | N | Recv'd & Downloaded ECF OFL Docket No. 21 (W 5 attachments) |
| 4/10/2007 | Tue | 1:53PM | 0.32 | | N | Draft Response to Def's Req. to Produce |
| 4/10/2007 | Tue | 2:16PM | 0.40 | | N | Rev. Docs & prepare "Privilege Log" |
| 4/10/2007 | Tue | 3:17PM | 0.13 | | N | Print Out Docs for Def's Request to Produce |
| 4/10/2007 | Tue | 3:38PM | 0.63 | | N | Extensive Review File for Documents Responsive to Defendant's Request to Produce |
| 4/10/2007 | Tue | 3:43PM | | | N | Log Service of Rogs & Request to Produce, Priv Log & Docs in C.O.S. log |
| 4/10/2007 | Tue | 4:17PM | 0.13 | | N | Edit P's Response to D's Requests to Produce |
| 4/10/2007 | Tue | 4:25PM | | | N | Assemble Documents & Enclosures for Def. |
| 4/10/2007 | Tue | 4:56PM | 0.47 | | N | Draft Objections & Preliminary Responses to Rogs & Substantially Edit |
| 4/10/2007 | Tue | 5:27PM | 0.12 | | N | Draft Cover Letter To Vollrath |
| 4/10/2007 | Tue | 5:35PM | | | N | Assemble Responses, Priv. Log & Docs for Defendant; Postage $ 3.27 |
| 4/12/2007 | Thu | 9:10AM | | | N | N/B : Rev Docs & Set Up Subfiles |
| 4/12/2007 | Thu | 12:03PM | 0.10 | | N | Factual Investigation Re : Prior Lawsuits |
| 4/12/2007 | Thu | 12:25PM | 0.05 | | N | Recv'd One Free Look; Docket No. 22 (Order Denying Arb). Download; Rev |
| 4/12/2007 | Thu | 12:57PM | 0.10 | | N | Factual Investigation Re: "Trade Secret"; T/C from Secty @ P&Rosen Req. My Address (F |
| 4/12/2007 | Thu | 1:36PM | 0.07 | | N | T/C to Clt |
| 4/12/2007 | Thu | 2:20PM | | | N | Print Out Exhibits From Defendant & Docs. Produced to Def. For CLT (Copies 59 + 39 = 9 |
| 4/13/2007 | Fri | 2:22PM | 0.25 | | N | T/C w/ Clt Re : |
| 4/26/2007 | Thu | 12:07PM | 0.47 | | N | Calculate Atty's Fees & Costs for Settlement Offer |

| Filters Used: | | |
|---|---|---|
| MatRef = REBECA RODRIGUEZ VS. | **Billing Report** | Date Printed: **11/23/2008** |
| MatNo = 6:06-CV-1678-ORL-28-DAB | Custom List Format | Time Printed: **8:33PM** |
| | | Printed By: **DON** |

| Date | | Time | Duration | Co | Do | Description |
|---|---|---|---|---|---|---|
| 4/26/2007 | Thu | 3:53PM | 0.03 | | N | Message to CLT |
| 4/26/2007 | Thu | 6:24PM | 0.28 | | N | T/C w/ Clt. re : ▮▮▮▮▮ |
| 5/10/2007 | Thu | 1:52PM | 0.23 | | N | Edit Request To Produce (Using HM as "Go By") |
| 5/10/2007 | Thu | 2:08PM | 0.20 | | N | Rev. Interrogatories |
| 5/10/2007 | Thu | 3:10PM | 3.00 | | N | Rev. Rogs For Open Issues & RR's Allegations;Rev. Complaint |
| 5/11/2007 | Fri | 10:21AM | 0.15 | | N | Edit Requests to Produce |
| 5/15/2007 | Tue | 11:36AM | 0.07 | | N | Edit Interrogatories |
| 5/15/2007 | Tue | 11:40AM | ▮▮▮ | | N | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 5/15/2007 | Tue | 11:41AM | 0.03 | | N | Edit Request to Produce |
| 5/15/2007 | Tue | 11:43AM | ▮▮▮ | | N | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 5/15/2007 | Tue | 11:44AM | 0.07 | | N | Draft Cover Note (Fax) to Vollrath |
| 5/15/2007 | Tue | 12:02PM | ▮▮▮ | | N | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 6/02/2007 | Sat | 11:40AM | 0.47 | | N | T/C w/ CLT Re : ▮▮▮▮▮ |
| 6/02/2007 | Sat | 1:40PM | 0.10 | | N | Received 143 Pgs of Docs from FFFG; Roughly Organize |
| 6/02/2007 | Sat | 1:47PM | 0.02 | | N | Rev FFFG's Formal Response to P's Req. to Produce (All Responses = Identical) |
| 6/02/2007 | Sat | 1:56PM | 0.02 | | N | Paged Fred Vollrath |
| 9/17/2007 | Mon | 7:52PM | 0.00 | ● | N | FFFG's Response to Request For Production of Documents |
| 9/17/2007 | Mon | 8:02PM | 0.00 | ● | N | Mailing Client copy of FFFG's Response to Request for Production of Documents |
| 1/08/2008 | Tue | 11:34AM | 0.63 | ● | N | reserach subpoena duces tecum form and BBB bureau information |
| 1/08/2008 | Tue | 4:22PM | 0.07 | | N | Recv'd Download Calendar & file OFL : Notice of Mediation; Instr to KA |
| 1/16/2008 | Wed | 9:46AM | 0.47 | | N | Draft Ltr to Vollrath Re : Discovery Issues |
| 1/16/2008 | Wed | 10:19AM | 0.10 | | N | Draft Protective Order |
| 1/16/2008 | Wed | 10:25AM | 0.27 | | N | Draft Fax Messg to Vollrath; Fax Failed 2X; Scan Ltr & Proposed Protective Order |
| 1/16/2008 | Wed | 10:42AM | ▮▮▮ | | N | Re-Fax (3rd Try) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 1/16/2008 | Wed | 11:46AM | 0.03 | | N | Ka review DEP's letter to Vollrath re: deliquent discovery & setting depos |
| 1/19/2008 | Sat | 2:00PM | 2.53 | | N | Conf. W/ Clt. Re : Depo, Discovery Progress; Mediation Strategy; FFFG $ Sit.; Facts Her C |
| 1/29/2008 | Tue | 9:31AM | 0.37 | | N | Draft Ltr. Re : proposed Protective Order (Res. Dates for Specifics) |
| 1/29/2008 | Tue | 9:54AM | 0.12 | | N | Draft Proposed Protective Order |
| 2/01/2008 | Fri | 11:09AM | 0.03 | | N | Recv'd & Downloaded & Skimmed OFL : Vollrath & Condon's Mtn to Withdraw |
| 2/01/2008 | Fri | 12:20PM | 0.23 | | N | Draft Notice of Consent to Canceling Mediation |
| 2/01/2008 | Fri | 12:48PM | ▮▮▮ | | N | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2/01/2008 | Fri | 1:21PM | 0.15 | | N | File (CM/ECF) Notice of Consent to D's Mtn to Cancel Mediation; Log in COS Log |
| 2/01/2008 | Fri | 1:31PM | 0.03 | | N | Draft Email to Bob Higgins, Mediator |
| 2/01/2008 | Fri | 1:33PM | 0.03 | | N | Recv'd & Downloaded OFLook : Docket No. 28 : Notice of Consent to D's Mtn to Cancel M |
| 2/04/2008 | Mon | 4:16PM | 0.05 | | N | Recv'd & Rev. Docket # 30 : Order Cancelling Mediation; Identify Actions |
| 2/04/2008 | Mon | 4:19PM | 0.05 | | N | Instr. to KA and Notice to Bob Higgins |
| 2/04/2008 | Mon | 4:27PM | 0.25 | | N | T/C w/ Client Re : ▮▮▮▮▮ |
| 2/04/2008 | Mon | 4:43PM | 0.03 | | N | Recv'd, Downloaded & Read : Docket No. 30 : Order Denying Vollrath's Mtn to Withdraw |
| 2/15/2008 | Fri | 2:34PM | ▮▮▮ | | N | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2/15/2008 | Fri | 2:39PM | 0.17 | | N | Notice Mediation Rescheduled : ECF; Instr. to KA; Recv'd & Dwnld OFLk |
| 2/18/2008 | Mon | 10:25AM | 0.07 | | N | Proof, Edit & Convert Protective Order to PDF |
| 2/18/2008 | Mon | 10:29AM | 0.05 | | N | Draft (Caption) Joint Stipulation Protective Order & Convert to PDF for Transmt to Vollrath |
| 2/18/2008 | Mon | 10:32AM | 0.10 | | N | Draft EMail; Convert Exhibits to PDF; Transmit Joint Stip & Proposed Protective Order |
| 2/22/2008 | Fri | 11:08AM | 0.27 | | N | Draft Mtn. For Protective Order; Rev. Court File |
| 2/22/2008 | Fri | 11:24AM | 0.03 | | N | Rev. Protective Order for Conversion to PDF w/o "Orphan Clauses" |
| 2/22/2008 | Fri | 11:27AM | ▮▮▮ | | N | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2/22/2008 | Fri | 11:31AM | 0.17 | | N | Rev. Correspondence & Edit Mtn For Protective Order Accordingly |
| 2/22/2008 | Fri | 11:42AM | 0.08 | | N | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2/22/2008 | Fri | 11:47AM | 0.30 | | N | File Mtn For Protective Order via ECF (rescan 1 exhibit); Log in COS log |



3

| Filters Used: | | |
|---|---|---|
| MatRef = REBECA RODRIGUEZ VS. | **Billing Report** | Date Printed: **11/23/2008** |
| MatNo = 6:06-CV-1678-ORL-28-DAB | Custom List Format | Time Printed: **8:34PM** |
| | | Printed By: **DON** |

| Date | | Time | Duration | Co | Do | Description |
|---|---|---|---|---|---|---|
| 2/22/2008 | Fri | 12:08PM | ~~0.12~~ | | N | ~~[redacted]~~ |
| 2/22/2008 | Fri | 12:17PM | ~~0.07~~ | | N | ~~[redacted]~~ |
| 2/22/2008 | Fri | 12:40PM | 0.08 | | N | Recv'd & Downloaded OFLk : Docket No. 32 : Mtn For Protective Order |
| 2/25/2008 | Mon | 2:41PM | 0.12 | | N | Recv'd, Downloaded & Reviewed OFLk : Docket # 33 : Order Striking Ps Mtn For Protectiv[e] |
| 2/27/2008 | Wed | 11:57AM | 0.07 | | N | Message to CLT [redacted] |
| 4/26/2008 | Sat | 10:25AM | 0.22 | | N | Pull & Rev. Current PACER Docket; Inspect Court File; Insert Missing Mtns/Orders |
| 6/14/2008 | Sat | 9:35AM | ~~0.08~~ | | N | Rev. Invoice; Issue Check # 4351 $ 98.75 To Lowndes (Mediation : Higgins) |
| 7/04/2008 | Fri | 5:00PM | 0.10 | | N | T/C w/ CLT |
| 7/05/2008 | Sat | 7:40PM | 0.18 | | N | Factual Investigation re : FFFG (Rev. Complaint & Summons : Caraballo v. FFFG) |
| 7/05/2008 | Sat | 7:52PM | 0.28 | | N | Rev. PreTrial Statement Unilateral (& Download Jury Instructions) Jackson v. FFFG |
| 7/10/2008 | Thu | 11:22AM | 0.27 | | N | Rev. Edit Mtn For S.J. |
| 7/10/2008 | Thu | 12:00PM | 0.17 | | N | Draft Mtn For Summary Judgment |
| 7/17/2008 | Thu | 1:01PM | 0.43 | | N | Draft Motion For Summary Judgment |
| 7/17/2008 | Thu | 2:42PM | 0.03 | | N | Draft Motion For Summary Judgment |
| 7/17/2008 | Thu | 8:15PM | 0.62 | | N | Prepare MSJ : Rev. Def's Resp. to P's Discovery & Docket |
| 7/18/2008 | Fri | 11:14AM | 0.87 | | N | Mtn For Summary Judgment : Edit; Review Disclosures |
| 7/18/2008 | Fri | 12:07PM | 0.17 | | N | Rev. Docs From Def Re : Collection "Jackets" |
| 7/18/2008 | Fri | 12:32PM | 0.07 | | N | Rev. Docs Prod By Def Re : Collection Jacket(s) |
| 7/18/2008 | Fri | 12:38PM | .96 | | N | Rev. Redact, [redacted] Exhibits to MSJ |
| 7/18/2008 | Fri | 12:55PM | 0.10 | | N | Rev. Discovery File For Rogs |
| 7/18/2008 | Fri | 1:02PM | 0.30 | | N | Rev. Exhibits & Mtn For S.J.; Verify its Ready to ECF |
| 7/18/2008 | Fri | 1:21PM | ~~0.10~~ | | N | ECF Motion For Summary Judgment |
| 7/18/2008 | Fri | 1:33PM | ~~0.10~~ | | N | ~~[redacted]~~ |
| 7/18/2008 | Fri | 2:29PM | ~~0.08~~ | | N | Recv'd OFLk : Download (# 37 : P's Mtn for Summary Judgment w/ 4 Exhibits) |
| 8/29/2008 | Fri | 10:28AM | 0.08 | | N | T/C (Meet & Confer) w/ O/C Re : Def. Consented to Mtn to Abate Pre-Trial Conf. |
| 8/29/2008 | Fri | 10:34AM | 0.17 | | N | T/C w/ Client [Re : Status / Posture & Req. Witnesses Updated Contact Info] |
| 9/02/2008 | Tue | 7:15PM | 0.33 | | N | Draft Objection to Order & Recommendation (Docket No. 39); Rev. Order; Rev. Docket |
| 9/02/2008 | Tue | 7:36PM | ~~0.15~~ | | N | File (ECF) P's Objection to Magistrates Report Recommending "Answer" be Stricken; Log ( |
| 10/07/2008 | Tue | 10:31AM | 0.05 | | N | Review Order (Defaulting FFFG) |
| 10/08/2008 | Wed | 11:12AM | 0.02 | | N | Rev. Clerk's Default |
| 10/09/2008 | Thu | 3:13PM | 0.00 | | N | KA called client & Left message re: witness info |
| 10/14/2008 | Tue | 4:52PM | 0.10 | | N | Rough Draft : Mtn For Judgment Upon Default |
| 10/14/2008 | Tue | 4:58PM | 1.37 | | N | Draft Application for Attorney's Fees; Esp. draft Experience; Market Factors, Etc. (#'s TBD [) |
| 10/14/2008 | Tue | 7:00PM | 0.30 | | N | Draft Memo Re : Default |
| 10/15/2008 | Wed | 11:10AM | 0.48 | | N | Res. Rates For Fee Applctn. |
| 10/15/2008 | Wed | 3:01PM | 0.68 | | N | Survey Current Rates; Rev. CLE Hours; Draft/Edit Atty. Fee App. Re Same |
| 10/19/2008 | Sun | 5:34PM | 0.25 | | N | Rev. Order in Montg. v. FFFG for guidance Re : Changes in RR v. FFFG |
| 10/19/2008 | Sun | 5:50PM | 0.48 | | N | Rev. HM Cts' Order Re Atty Fees For Common Tasks : Adjust Request Accordingly |
| 10/22/2008 | Wed | 2:41PM | 0.40 | | N | Draft Affidavit of Rebecca Rodriguez |
| 10/22/2008 | Wed | 3:26PM | 0.22 | | N | Draft Affidavit : R.R. Re : FDCPA Sections Violated |
| 10/22/2008 | Wed | 3:40PM | 0.07 | | N | Rev. FCCPA Allegations in Comp.; Draft Affidavit of R.R. Re : Same; Time |
| 10/22/2008 | Wed | 3:45PM | 0.92 | | N | Draft Affidavit Of R.Rodriguez; Rev. & Inc. Allegations in Comp; Rev. Atty. Notes Re : conte[nt] |
| 10/22/2008 | Wed | 5:03PM | 0.17 | | N | Message to CLT [redacted] |
| 10/22/2008 | Wed | 5:14PM | 1.28 | | N | Rev. Credit Reports & Correspondence b/t parties as I continue to Draft & Edit Affidavit |
| 10/22/2008 | Wed | 6:50PM | 0.60 | | N | Rev. Atty Intake Notes & Draft/Edit Affidavit Accordingly. |
| 10/22/2008 | Wed | 7:35PM | 0.17 | | N | Draft EMail to Client Re Affidavit Re : Default |
| 10/29/2008 | Wed | 1:47PM | 0.17 | | N | Recv'd 2 EM's From CLT; Draft Reply; Rev. Clt's File [redacted] |
| 10/30/2008 | Thu | 12:10PM | 0.45 | | N | Prep For; Witness Interview w/ Eddie Rosario; Evaluate Posture/Evidence |
| 10/30/2008 | Thu | 12:33PM | 0.10 | | N | Briefly Rev. Client Comments to Affidavit |

13.00        4        Sub Total        47.85

| Filters Used: | | Billing Report | Date Printed: **11/24/2008** |
|---|---|---|---|
| MatRef | = REBECA RODRIGUEZ VS. | | Time Printed: **11:14PM** |
| MatNo | = 6:06-CV-1678-ORL-28-DAB | Custom List Format | Printed By: **DON** |
| Date | >= 1/01/2006 | | |

| Date | | Time | Duration | Co | Do | Description |
|---|---|---|---|---|---|---|
| 11/23/2008 | Sun | 2:01PM | 4.37 | | N | Interview CLT & Rev. Affidavit; Explain ████████, Rev 148 Pages of docs |
| 11/23/2008 | Sun | 6:31PM | 1.90 | | N | Draft/Extensively Edit P's affidavit incorporating results of CLT interview/review |
| 11/24/2008 | Mon | 10:59AM | 0.65 | | N | Draft / Edit Memo Re Default; Rev. Evidentiary Support |
| 11/24/2008 | Mon | 12:03PM | 1.35 | | N | Bill 1.0 : Rev. Fed.R.Evid. 404, 406, 807 & Commentary; Res. Fla. Puni Dmg. Reqmts |
| 11/24/2008 | Mon | 2:09PM | 2.02 | | N | Rev. Exhibits (prior cases against FFFG); Evaluate Sufficiency, Authority, Rev. FRE Cases |
| 11/24/2008 | Mon | 4:59PM | 0.72 | | N | Edit Memo of Law Re : Default (esp. evidence issues) |
| 11/24/2008 | Mon | 6:10PM | 2.03 | | N | Conf. W/ CLT; Interview (2nd) Rosario; Edit CLT Aff; Draft Rosario Aff; Interview CLT (Exht |
| 11/24/2008 | Mon | 8:44PM | 0.70 | | N | Rev. TimeEntries; Evaluate; Apply Billing Discretion; Redact Priv Info.; |

13.39   This Page
47.85   Previous Pages
―――――
61.24   Hours Unique to Rebeca Rodriguez
+
24.56   Common w/ Helen Montgomery — @ ½ of actual (prorated)

85.80
× 350.00
―――――
30,030.00
   475.75
―――――
30,505.75

Costs
  Filing Fees      350.00
  Service / Proc.   27.00
  Mediator          98.75

5