EXHIBIT "B"

| Filters Used: | | **Billing Report** | | Date Printed: **4/21/2008** |
|---|---|---|---|---|
| MatRef | = MONTGOMERY, HELEN & *Rebecca Rodriguez* | Custom List Format | | Time Printed: **1:00PM** |
| | | | | Printed By: **DON** |

| Date | | Time | Duration | Co | Do | Description |
|---|---|---|---|---|---|---|
| 11/01/2006 | Wed | 10:07AM | ~~0.15~~ | | N | Download Interested Persons Order; Rename Subdirectories |
| 11/03/2006 | Fri | 2:38PM | 0.12 | | N | Factual Investigation : FFG (Edgar); Consumer Complaints |
| 11/03/2006 | Fri | 2:46PM | ~~0.02~~ | | N | Enter To-Do Reminder For Further Investigation & Follow-Up |
| 11/03/2006 | Fri | 3:04PM | 0.08 | | N | Factual Investigation Re : Other Actions (Update PACER search) None |
| 2/06/2007 | Tue | 4:12PM | 0.10 | | N | T/C from Fred Vollrath's Office (Kimberly); T/C w/ Vollrath Re : CMConf(s); Calendar; Tim |
| 2/06/2007 | Tue | 4:52PM | 0.13 | | N | Factual Investigation (Other Cases) |
| 2/13/2007 | Tue | 1:44PM | 0.17 | | N | Prep For Case Mgmt Conferences Montgomery & Rodriguez vs. FFFG |
| 2/14/2007 | Wed | 5:29PM | 0.08 | | N | Factual Investigation Re : FFFG (Prior Lawsuits in State Court) |
| 2/14/2007 | Wed | 6:17PM | 0.27 | | N | Factual Investigation Re : FFFG (Prior Lawsuits in State Court) |
| 2/14/2007 | Wed | 6:54PM | 0.13 | | N | Instr. to KA Re: Factual Investigation of FFFG |
| 2/21/2007 | Wed | 2:45AM | 2.42 | | N | Trip to Hillsborough Courthouse; Rev. Prior FDCPA&FCCPA cases vs. FFFG |
| 2/21/2007 | Wed | 9:15AM | 1.92 | | N | Trip to Fred Vollrath's Office for Case Mgmt. Conference |
| 2/21/2007 | Wed | 5:10PM | 1.67 | | N | Return Trip from Tampa (CMConf & St. Courthouse) to Orlando Office |
| 2/21/2007 | Wed | 7:00PM | 0.00 | | N | R/T To Vollrath's Office (Tampa) 173.5 Miles @ $ .45 = $ 78.08 |
| 3/21/2007 | Wed | 10:19AM | 0.10 | | N | T/C w/ O.C. re: Extended all discovery deadlines to April 10.  O.C. to provide Coll. Notes |
| 3/31/2007 | Sat | 12:10PM | 0.25 | | N | Res. Arbitration & Waiver; Locate & Download Brief (Go-By) : Lewallen v. GreenTree |
| 4/02/2007 | Mon | 5:56PM | 0.02 | | N | Rev. HM/RR Common Tasks & Expenses Re : Prejudice |
| 4/02/2007 | Mon | 6:15PM | 0.57 | | N | Begin Rough List of Issues Presented; Rev. ADR Agreement |
| 4/02/2007 | Mon | 6:49PM | 0.20 | | N | Rev. Waiver & Mutuality Issues; Consumer cases |
| 4/02/2007 | Mon | 7:02PM | 0.17 | | N | Rev. Integration / Mutuality Issues |
| 4/02/2007 | Mon | 7:13PM | 0.30 | | N | Locate, Identify Pot. Applicable AAA Rules; Read Portions of Rules |
| 4/03/2007 | Tue | 10:06AM | 0.27 | | N | Transfer & Review Galbraith Reply (Arb) |
| 4/10/2007 | Tue | 6:34PM | 0.33 | | N | Rev. Def's Mtn. To Arbitrate & Identify Def's Main Arguments (Ambling Mtn) |
| 4/10/2007 | Tue | 7:40PM | 0.15 | | N | Draft Response Re : Scope of the Agreement |
| 4/10/2007 | Tue | 7:51PM | 0.48 | | N | Res law re : Coverage of Non-Signatory Third Parties |
| 4/10/2007 | Tue | 9:20PM | 1.05 | | N | Draft Response (with authorities) re : Prohibition against Statutory Rights (esp. Atty. Fee: |
| 5/26/2007 | Sat | 12:31PM | 0.30 | | N | Rev. Online Records : Pasco County FFFG Cases |
| 5/26/2007 | Sat | 12:50PM | 0.35 | | N | Rev. Pinellas County Public Records (Clerk's Website) (7 Cases found re : FFFG) |
| 5/26/2007 | Sat | 1:11PM | 0.07 | | N | Factual Investg Re : Lienhart : Research Pinellas County Public Records (Clerk Website) |
| 5/26/2007 | Sat | 1:16PM | 0.10 | | N | Factual Invest: FFFG (Rev. docket Linda Hall v. FFFG) (Contains copy of Pasco Order p |
| 5/26/2007 | Sat | 1:23PM | 0.18 | | N | Instructions to K.A. (Re further factual investigation) |
| 6/07/2007 | Thu | 4:04PM | 0.18 | | N | Factual Investigation re : FFFG |
| 6/07/2007 | Thu | 4:19PM | 0.28 | | N | Factual Investigation Re : FFFG |
| 7/02/2007 | Mon | 10:42AM | 0.08 | | N | Factual Investigation Re : FFFG (Rev. Docket Carreno v. Alpine & FFFG; Pasco County |
| 7/02/2007 | Mon | 10:55AM | 0.07 | | N | Factual Investigation Re : FFFG (Rev. Docket : Carreno v. Alpine & FFFG; Pasco County |
| 7/02/2007 | Mon | 11:48AM | 0.28 | | N | Factual Investigation Re : FFFG Discovery (Rev & Summarize Carreno Docket) |
| 7/03/2007 | Tue | 1:30PM | 0.05 | | N | Factual Investigation Re : FFFG  (Carreno v. Alpine Pools/FFFG) Recv'd, Rev'd & Saved |
| 8/15/2007 | Wed | 3:24PM | 0.05 | | N | T/C w/ Fred Vollrath (Settlement Discussions) |
| 12/13/2007 | Thu | 4:16PM | 0.27 | | N | Res Fla DB&F and FTC (FOI) Request Contact Points While Calling FlaDB&F Re : Prior |
| 12/27/2007 | Thu | 11:27AM | 0.05 | | N | T/C w/ KA re : Mediation Dates; Sequence |
| 1/07/2008 | Mon | 6:34PM | 0.72 | | N | Rev. Complaints to the FTC |
| 1/07/2008 | Mon | 7:29PM | 0.22 | | N | Rev. Consumer Complaints to FTC; EMail Instr. to KA |
| 1/08/2008 | Tue | 11:14AM | 0.25 | | N | Rev. Consumer Complaints to FTC |
| 1/08/2008 | Tue | 11:36AM | 0.55 | | N | Rev. Consumer Complaints to FTC |
| 1/09/2008 | Wed | 5:40PM | ~~0.03~~ NB | | N | Draft Fax Cover Sheet Re : Letter Confirming Death of Keith Smith |
| 1/11/2008 | Fri | 10:54AM | 0.13 | | N | Factual Investigation Re : FFFG (Fla. Dept. Cons. Affs Public Records Act Req. Edit) |
| 1/14/2008 | Mon | 11:49AM | 0.03 | | N | Factual Investigation : Req. Certified Copy of License (Fla Dept Bank & Fin) |
| 1/14/2008 | Mon | 2:19PM | 0.28 | | N | Draft Protective Order |
| 1/14/2008 | Mon | 3:15PM | 0.17 | | N | Rev & Edit Propsed Protective Order |



B:11   ~~15.81~~
15.64



78.08
EXPENSES

Filters Used:

| | | |
|---|---|---|
| MatRef | = MONTGOMERY, HELEN & | Date Printed: **4/21/2008** |
| | *Rebeca Rodriguez* | Time Printed: **1:00PM** |
| | | Printed By: **DON** |

# Billing Report
## Custom List Format

| Date | | Time | Duration | Co | Do | Description |
|---|---|---|---|---|---|---|
| 1/14/2008 | Mon | 3:25PM | 0.15 | | N | Messg to Vollarth PLEASE CALL ASAP re Docs; Draft Ltr te Discovery |
| 1/14/2008 | Mon | 3:34PM | 0.10 | | N | Draft Ltr to Vollrath Re : Discovery |
| 1/14/2008 | Mon | 4:45PM | 0.38 | | N | Draft Ltr to Vollrath; Edit Proposed Oder |
| 1/15/2008 | Tue | 4:35PM | 0.02 | | N | Message to Fred Vollrath Re : Discovery Issues |
| 1/16/2008 | Wed | 11:18AM | 0.23 | | N | Rev. Docs Re : FFFG (Carreno v. FFFG / Alpine Pools) |
| 1/16/2008 | Wed | 11:51AM | 0.32 | | N | Rev Docs; Factual Investigation Re : Other P's (Call to Don Golden's Office) |
| 1/16/2008 | Wed | 2:06PM | 0.03 | | N | Factual Investigation Re : FFFG : Other Consumers (Messg to Don Golden) |
| 1/18/2008 | Fri | 10:00AM | 0.52 | | N | Pre-Mediation Conf. w/ Bob Higgins & Vollrath |
| 1/19/2008 | Sat | 5:16PM | 0.12 | | N | Edit Letter to Fla. Depmt. Consumer Affairs |
| 1/19/2008 | Sat | 8:07PM | 0.07 | | N | Research US Lec (Local Offices) |
| 1/19/2008 | Sat | 8:15PM | 0.08 | | N | Res US Lec. National Contact Info |
| 1/19/2008 | Sat | 8:25PM | 0.43 | | N | Draft Letter to Vollrath Re : Outstanding Discovery |
| 1/21/2008 | Mon | 11:30AM | 0.12 | | N | Rev. Sunshine Request To Fla. Dept Ag; Instr. To KA Re Same |
| 1/22/2008 | Tue | 10:31AM | ~~0.10~~ DNB | | N | Factual Investigation ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛; T/C w/ KA; |
| 1/22/2008 | Tue | 11:14AM | ~~0.13~~ DNB | | N | Factual Investigation (⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ |
| 1/22/2008 | Tue | 11:23AM | ~~0.07~~ DNB | | N | Factual Investigation (⬛⬛⬛⬛⬛⬛⬛⬛ |
| 1/22/2008 | Tue | 2:30PM | ~~0.08~~ DNB | | N | Factual Investigation (⬛⬛⬛⬛⬛⬛⬛⬛ |
| 1/22/2008 | Tue | 4:16PM | ~~0.25~~ DNB | | N | Factual Investigation (⬛⬛⬛⬛⬛⬛ |
| 1/22/2008 | Tue | 4:32PM | 0.15 | | N | Draft Notes Re Factual Investigation ⬛⬛⬛⬛⬛⬛⬛⬛⬛ Coord w/ KA |
| 1/23/2008 | Wed | 9:10AM | 0.02 | | N | Factual Investigation (Admin Complaints : Rev. EMail from KA) |
| 1/23/2008 | Wed | 9:11AM | ~~0.03~~ DNB | | N | Factual Investigation ⬛⬛⬛⬛⬛⬛⬛⬛⬛ |
| 1/23/2008 | Wed | 9:48AM | ~~0.13~~ DNB | | N | Res. BBB Corp. Info for SOP |
| 1/23/2008 | Wed | 10:02AM | ~~0.20~~ DNB | | N | Investigation ⬛⬛⬛⬛⬛⬛⬛⬛ BBB ⬛⬛ |
| 1/23/2008 | Wed | 11:52AM | 0.10 | | N | Factual Investigation (Res. Hillsborough Co. Website; Call; Left message) |
| 1/23/2008 | Wed | 12:22PM | 0.07 | | N | Factual Investigation (EMail From & To Greg Thomas Fla Office of Fin. Regulation Re : F |
| 1/23/2008 | Wed | 3:10PM | 0.05 | | N | Call to Fla. Office of Financial Regulation & Notes |
| 1/23/2008 | Wed | 4:00PM | 0.23 | | N | Rev. Docs in Carreno Case re : Representations in Discovery (UTL!) |
| 1/23/2008 | Wed | 4:15PM | 0.12 | | N | Call to US Lec (Now Paytec) Cust. Serv.; Fraud & Subpoena Automated; L/M for Rep to |
| 1/23/2008 | Wed | 4:29PM | 0.28 | | N | Res. Independent Agent Defense |
| 1/23/2008 | Wed | 5:22PM | 0.30 | | N | Res Law Re : BFE (telephone harassment) "Independent Contractor" Defense |
| 1/24/2008 | Thu | 9:57AM | 1.55 | | N | Factual Investigation : Trip to Hillsborough Co. Cons. Prot. Agency |
| 1/24/2008 | Thu | 11:35AM | 2.67 | | N | Factual Investigation : Rev. Consumer Complaints : Hillsborough County Cons. Protectio |
| 1/24/2008 | Thu | 2:16PM | 0.00 | | N | $ 22.20   CH # 4286 "Hillsborough Co. Cons Prot Ag" (Copies of Cons. Complts) |
| 1/24/2008 | Thu | 3:30PM | 1.67 | | N | Return Trip from Hillsborough County Cons. Protection Agency |
| 1/24/2008 | Thu | 11:59PM | 0.00 | | N | Mileage 91.48 X 2 = 183 Miles @ $ .50 = 91.50; R/T to Hillsboorough Co. CPA |
| 1/28/2008 | Mon | 10:35AM | 0.10 | | N | E-Mail From & Instr. to K.A. Re Factual Investigation (Hillsborough Co. S.D./Mr. Good |
| 1/28/2008 | Mon | 11:43AM | 0.05 | | N | Instr. to KA; T/C w/ KA Re H.Co.S.Depmt. |
| 1/29/2008 | Tue | 2:15PM | 0.67 | | N | Rev. Vollrath's Ltr. Re FFFG Finances; Global Settlement Conf.; Draft Ltr to Vollrath |
| 1/29/2008 | Tue | 3:14PM | 0.07 | | N | Draft Fax Cover Letter to Vollrath Transmtg Resp. to Def's Mtn to Cancel Mediation |
| 1/30/2008 | Wed | 5:44PM | 0.05 | | N | Draft EMail to Mediator |
| 1/31/2008 | Thu | 8:29AM | 0.65 | | N | Draft Ltr to Vollrath Re : Discovery Conference |
| 1/31/2008 | Thu | 9:12AM | 0.57 | | N | Draft Letter to Vollrath Re : Discovery Issues |
| 1/31/2008 | Thu | 10:25AM | ~~0.10~~ DNB | | N | Edit Ltr Re : Discovery, Print to PDF, Draft EMail and EMail to Vollrath |
| 2/01/2008 | Fri | 12:01AM | 0.00 | | N | CH # 4290 Florida Depmt. of Financial Services $ 138.00 (Public Records Req./Copies) |
| 2/01/2008 | Fri | 1:38PM | ~~0.18~~ DNB | | N | Recv'd EMail From FTC; Download Invoice, Cut Ch # 4291 $ 121.62; EMail to FTC; $ .41 |
| 2/01/2008 | Fri | 2:40PM | 0.25 | | N | Res. BFE/Intentional Cases : Worch v. W&A; People v. Boyajian |
| 2/01/2008 | Fri | 2:58PM | 0.13 | | N | Res BFE Defense : Pull Jenkins v. Union Corp. 999 F.Supp.2d 1120; Rev. BFE Discuss |
| 2/01/2008 | Fri | 3:06PM | 0.12 | | N | Res BFE Def : Lewis v. ACB Business Serv. 6th CIR; |

 ~~15.25~~ Hours
12.62

2

 .84
Reduce

 EXPENSES: ~~373.32~~

| | | | | | |
|---|---|---|---|---|---|
| Filters Used:<br>MatRef     = MONTGOMERY, HELEN &<br>*Rebeca Rodriguez* | | **Billing Report**<br>Custom List Format | | | Date Printed:  **4/21/2008**<br>Time Printed:  **1:00PM**<br>Printed By:  **DON** |

| Date | | Time | Duration | Co | Do | Description |
|---|---|---|---|---|---|---|
| 2/01/2008 | Fri | 3:14PM | 0.10 | | N | Res. BFE Defense : Rev. Docket Herbert v. Monterey Finance |
| 2/01/2008 | Fri | 3:20PM | 0.43 | | N | Res BFE Defense; Rev. Mtn & Order Re SJ : BFE : Whitaker v. Hudson & Keyes |
| 2/01/2008 | Fri | 3:47PM | 0.18 | | N | Res. BFE : Intentional Acts : PACER Search Dunaway v. JBC (ED. MICH 2005) |
| 2/01/2008 | Fri | 3:59PM | 0.10 | | N | Res. BFE Defense : Intentional : Pull & Rev. Worch v. Wolpoff; 477 F.Supp.2d 1015 |
| 2/01/2008 | Fri | 5:38PM | 0.33 | | N | Res. BFE/Intentional Acts & Rev. Rosado v. Taylor 324 F.Supp.2d 917 |
| 2/01/2008 | Fri | 6:01PM | 0.25  NB | | N | Search for Caputo v. Professional Recovery Services (FAST CASE Problem) |
| 2/01/2008 | Fri | 6:26PM | 0.22 | | N | Res BFE/intentional : Read Caputo v. Prof'l Recovery Servs. 261 F.Supp.2d 1249 |
| 2/01/2008 | Fri | 6:58PM | 0.12 | | N | Further Rev Re BFE Caputo & Save Caputo |
| 2/01/2008 | Fri | 7:06PM | 0.33 | | N | Res BFE/Intent Read & Eval Shapiro v. Haenn 222 F.Supp.3d 29 |
| 2/01/2008 | Fri | 7:26PM | 0.22 | | N | Rev. Affidavits in Patchita Perry Case (3) Re : Bill Williams / Threat of Arrest |
| 2/01/2008 | Fri | 8:41PM | 0.13 | | N | Search Orange County, FL Docket Re FFFG; Rev. Dockets Rousey, Randolph |
| 2/01/2008 | Fri | 8:50PM | 0.15 | | N | Factual Investigation : Rev. Docket Osceola Co. & Hillsborough Co (to Update); Rev. Cro |
| 2/07/2008 | Thu | 3:49PM | 0.18 | | N | Res Law re : "Independent Contractor" defense |
| 2/07/2008 | Thu | 4:04PM | 0.03 | | N | Rev. Magrin v. .... LV NV Funding ("Contractor" Defense |
| 2/08/2008 | Fri | 2:13PM | 0.12 | | N | Draft Fax Letter to Vollrath Confirming Production Tomorrow; Remind Asst. |
| 2/09/2008 | Sat | 9:21PM | 1.40 | | N | Rev. Cases Re "Indpt. Agent" Defense & BFE |
| 2/10/2008 | Sun | 8:32AM | 0.77 | | N | Rev. cases re : Bon fide Error |
| 2/10/2008 | Sun | 10:59AM | 1.33 | | N | Draft Mtn For S.J. (Bona Fide Error) |
| 2/10/2008 | Sun | 12:51PM | 0.05 | | N | Res Fla Case re : BFE (no FCCPA or Fla. FDCPA Cases) |
| 2/10/2008 | Sun | 12:55PM | 0.18 | | N | Edit Mtn For SJ to Include Fla. Allegations/BFE defense & Rules of Construction FCCPA |
| 2/10/2008 | Sun | 1:08PM | 0.18 | | N | Draft / Dovetail FCCPA violations into  the FDCPA counterparts |
| 2/10/2008 | Sun | 1:20PM | 0.17 | | N | Draft / Edit Discussion Re : BFE Defense |
| 2/10/2008 | Sun | 1:30PM | 0.20 | | N | Res Law FDCPA Strict Liability; Draft Narrative Re Same |
| 2/10/2008 | Sun | 1:43PM | 0.18 | | N | Rev. Law Re : BFE Elements; Draft/Edit Narrative Re Same |
| 2/10/2008 | Sun | 1:56PM | 0.18 | | N | Draft & Edit BFE Defense Sect.; Add Booth v. Collection Experts too |
| 2/10/2008 | Sun | 2:08PM | 0.17 | | N | Res Law re Agent/BFE  (Rev. Edwards v. McCormick 136 F.Supp.2d 795) |
| 2/10/2008 | Sun | 2:18PM | 0.47 | | N | Res. Law Re : Vicarious Liab. FDCPA |
| 2/10/2008 | Sun | 2:52PM | 0.18 | | N | Res Law Re : Vicarious Liability FDCPA |
| 2/10/2008 | Sun | 3:04PM | 0.27 | | N | Draft MSJ Re : Authorities for Vicarious Liability FDCPA |
| 2/10/2008 | Sun | 3:21PM | 1.82 | | N | Extensive Res. & Drafting Re : Vicarious Liability FDCPA |
| 2/10/2008 | Sun | 5:18PM | 0.20 | | N | Draft Standard for Review |
| 2/10/2008 | Sun | 5:31PM | 0.17 | | N | Edit Motion For S.J. |
| 2/11/2008 | Mon | 11:15AM | 0.48 | | N | Draft Mtn For Summary Judgment; Rev. Affidavit of Keith White |
| 2/12/2008 | Tue | 2:04PM | 0.48 | | N | Rev. Docs From Off. Fin. Reg. |
| 2/12/2008 | Tue | 3:35PM | 0.12 | | N | Factual Investigation : Instr. to KA |
| 2/17/2008 | Sun | 1:47PM | 1.53 | | N | Review, Code, Scan & Evaluate Cons. Complaints to Hillsborough Co. & Fla. DFS |
| 2/17/2008 | Sun | 3:40PM | 0.15 | | N | Factual Investigation (Rev. FlaDFS Complaint Log; Smart Biometrics, Res. Fla.SOS; Inst |
| 2/17/2008 | Sun | 3:49PM | 0.05 | | N | Factual Investigation (Rev. Fla. DFS Complaint Log) [No Other Readily Identifiable Cons |
| 2/17/2008 | Sun | 3:57PM | 0.63 | | N | Factual Investigation (Identify Priority Witnesses (from Fla. DFS & HCo.CPA Complaints |
| 2/17/2008 | Sun | 4:36PM | 0.08 | | N | Factual Investigation : Instructions to KA (Re: Sunshine Req. Ag/Cons. Serv. FollowUp) |
| 2/17/2008 | Sun | 4:47PM | 0.12 | | N | Factual Investigation (MALMSTROM, Rosemary, Left Message) |
| 2/18/2008 | Mon | 9:24AM | 0.08 | | N | Begin Drafting Joint Stipulation : Protective Order |
| 2/18/2008 | Mon | 1:50PM | 1.28 | | N | Rev. Dockets (Fed + 9 Counties); Prep. Lit List for Discovery Letter |
| 2/18/2008 | Mon | 3:52PM | 0.70 | | N | Research Time Entries; Edit Ltr to Vollrath Discovery; Ltr; Transmit Ltr & Attachments to |
| 2/20/2008 | Wed | 9:44AM | 0.22 | | N | Call to Vollrath (DNLM); Email to Vollrath Re : Proposed Protective Order |
| 2/20/2008 | Wed | 11:38AM | 0.10 | | N | Recv'd, Rev'd & Converted (PDF) Two EMails From Op/C Re : Discovery Status & Prot. ( |
| 2/20/2008 | Wed | 12:34PM | 0.57 | | N | Draft Motion For Protective Order |
| 2/21/2008 | Thu | 10:44AM | 0.12 | | N | T/C w/ Meagan @ PayTech; Summary to Notes; Time |
| 2/21/2008 | Thu | 3:37PM | 0.45 | | N | T/C w/ Fred Vollrath Re : Protective Order (NO Auth); Privilege Log; Production Apmt? |

17.72                3                .25

| Filters Used: | **Billing Report** | Date Printed: **4/21/2008** |
|---|---|---|
| MatRef = MONTGOMERY, HELEN & | Custom List Format | Time Printed: **1:00PM** |
| *Rebeca Rodriguez* | | Printed By: **DON** |

| Date | | Time | Duration | Co | Do | Description |
|---|---|---|---|---|---|---|
| 2/22/2008 | Fri | 8:57AM | 0.20 | | N | Draft Mtn For Protective Order |
| 2/22/2008 | Fri | 9:17AM | 0.58 | | N | Draft Motion to Protective Order |
| 3/08/2008 | Sat | 1:22PM | 0.22 | | N | Rev. & Identify Complaints (Fla. Dept. Fin. Reg.) for Certified Copies; Instr to KA |
| 3/08/2008 | Sat | 1:36PM | 0.13 | | N | Evid Foundation : Public Records : Draft Request to FTC; (Bounced); instr. to KA |
| 3/08/2008 | Sat | 1:44PM | 0.07 | | N | Evid. Foundation : Instr. to KA Re : Fla. Dept. of Fin. Services Complaints |
| 3/12/2008 | Wed | 4:50PM | 0.83 | | N | Draft List of Complaints/Certified Copies from FTC |
| 3/28/2008 | Fri | 6:43PM | 0.80 | | N | Draft Index of Prior Cases for Default;  KA to Order Certified Copies |
| 3/31/2008 | Mon | 10:00AM | 0.08 | | N | Rev. & Scan Certified Copy : Complaint & Affidavit : Pachita Perry v. FFFG |
| 4/17/2008 | Thu | 3:32PM | 0.22 | | N | Pull & Rev. Household v. Driscoll 989 SW2d 72 (11Mill+ remitted) |

3.13

49.91 ÷ 2    24.95 Hrs

49.11 ÷ 2 = 24.56

4