# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**REBECA RODRIGUEZ,**

        **Plaintiff,**

-vs-                                           Case No. 6:06-cv-1678-Orl-28DAB

**FLORIDA FIRST FINANCIAL GROUP, INC., DOES 1 THROUGH 4,**

        **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Entry of Final Default Judgment (Doc. No. 43) filed November 25, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 12, 2009 (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Entry of Final Default Judgment is **GRANTED in part** and **DENIED in part**.

3. Default judgment is hereby entered against Florida First Financial Group, Inc. and in favor of Plaintiff in the amount of $5,500.00 for actual, statutory and punitive damages, $38,363.50 in attorney's fees and $475.75 in costs.

4. The Clerk is directed to enter judgment in accordance with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of March, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party